JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINATURA GOLD, et al., | Case No. CV 10-01464 DMG (FFMx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| ROBERT S. STEWART, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re Plaintiff's Application for Default Judgment entered concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff Minatura Gold and against Defendant Robert S. Stewart as follows:

1. Plaintiff is awarded compensatory damages in the amount of $300,000, plus all taxable costs;

2. Plaintiff is awarded pre-judgment interest as provided by article 15, section 1 of the California Constitution on the principal amount of $300,000 from February 26, 2010, the date of the filing of the Complaint, through entry of judgment; and

3. Plaintiff is awarded post-judgment interest as provided by 28 U.S.C. § 1961 on the principal amount of $300,000 from the date judgment is entered until it is paid in full.

**IT IS SO ORDERED.**

DATED:  October 25, 2010

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE